Michael S. Rosenblum, SBN 126284
LAW OFFICES OF MICHAEL S. ROSENBLUM,
A Professional Corporation
1875 Century Park E Ste 700
Los Angeles, CA 90067
(310) 286-2100
Email: msr@rosenblumlaw.net

Neil M. Sunkin, SBN 153868
LAW OFFICE OF NEIL M. SUNKIN,
A Professional Corporation
22908 Gershwin Dr.
Woodland Hills, CA 91364
(818) 876-9975
Email: nms@sunkinlaw.com

Attorneys for Defendants
TARPON BAY PARTNERS, LLC and
SOUTHRIDGE ADVISORS, II, LLC, and
Specially Appearing Defendant STEPHEN M. HICKS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZEREZ HOLDINGS CORPORATION, an Oklahoma corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TARPON BAY PARTNERS, LLC, a Florida limited liability company; SOUTHRIDGE ADVISORS II, LLC, a Delaware limited liability company; STEPHEN M. HICKS, and DOES 1-25,<br><br>Defendants. | CASE NO. 2:17-CV-00029-TLN-DB<br><br>**DISCLOSURE OF INTERESTED PARTIES OF DEFENDANTS TARPON BAY PARTNERS, LLC AND SOUTHRIDGE ADVISORS, II, LLC**<br><br>[Federal Rule of Civil Procedure 7.1] |

**TO COURT AND ALL PARTIES AND THEIR ATTORNEYS-OF-RECORD:**

In accordance with Federal Rule of Civil Procedure 7.1, counsel for Defendants Tarpon Bay Partners, LLC and Southridge Advisors II, LLC certify to the Court that there is no parent corporation or publicly held corporation owning 10% or more of their stock.

Dated: April 27, 2017

LAW OFFICES OF MICHAEL S. ROSENBLUM,
A Professional Corporation
and
LAW OFFICE OF NEIL M. SUNKIN,
A Professional Corporation

By: /S/Neil M. Sunkin, Esq.
Attorneys for Defendants
TARPON BAY PARTNERS, LLC and
SOUTHRIDGE ADVISORS, II, LLC, and
Specially Appearing Defendant STEPHEN M. HICKS