# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**ZEREZ HOLDINGS CORPORATION ,**

V.

**TARPON BAY PARTNERS, LLC, ET AL. ,**

## SUMMONS IN A CIVIL CASE

CASE NO: **2:17–CV–00029–TLN–DB**

TO: **Stephen M. Hicks, Southridge Advisors II, LLC, Tarpon Bay Partners, LLC**
Defendant's Address:
Tarpon Bay Partners, LLC
17210 Germano Court
Naples, FL 34110

**YOU ARE HEREBY SUMMONED** and required to serve on

**Tamara Marie Leetham**
**Austin Legal Group**
**3990 Old Town Avenue, Suite A–112**
**San Diego, CA 92110**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
CLERK

**/s/ K. Zignago**

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT • Eastern District of California •

ISSUED ON 2017-02-28 [illegible], Clerk
USDC EDCA

~~Case 2:17-cv-00029-TLN-DB Document 10 Filed 02/28/17 Page 2 of 2~~

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 03/10/2017 |
|---|---|
| NAME OF SERVER *(PRINT)* STEVEN SCOTT CARO | TITLE OUT OF STATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 17210 GERMANO COURT NAPLES FL 34110

☒ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: MARY HICKS, AUTHORIZED TO ACCEPT/SPOUSE

☐ Returned unexecuted:

☐ Other (specify) :

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 169.75 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/20/2017
Date

*Signature of Server*

2250 FOURTH AVENUE SAN DIEGO CA 92101
*Address of Server*