Gina M. Austin (SBN 246833)
E-mail: gaustin@austinlegalgroup.com
Tamara M. Leetham (SBN 234419)
E-mail: tamara@austinlegalgroup.com
AUSTIN LEGAL GROUP, APC
3990 Old Town Ave, Ste A-112
San Diego, CA 92110
Phone: (619) 924-9600
Facsimile: (619) 881-0045

Plaintiff Zerez Holdings Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ZEREZ HOLDINGS CORPORATION, an Oklahoma corporation,

Plaintiff,

v.

TARPON BAY PARTNERS, LLC, a Florida limited liability company, and SOUTHRIDGE ADVISORS II, LLC, a Delaware limited liability company, STEPHEN M. HICKS, and DOES 1 – 25,

Defendants.

**CASE NO.: 2:17-CV-00029-TLN-DB**

**DECLARATION OF DONALD SMITH IN SUPPORT OF PLAINTIFF ZEREZ HOLDINGS CORPORATION'S OPPOSITION TO TARPON BAY PARTNERS, LLC'S AND SOUTHRIDGE ADVISORS, II, LLC'S MOTION TO TRANSFER VENUE**

Judge: Hon. Troy L. Nunley
Courtroom: 2
Date: June 15, 2017
Time: 2:00 p.m.

I, Donald Smith, hereby declare as follows:

1. I am the Vice President, Secretary, and Chief Operating Officer of Zerez Holding Corporation f/k/a previously known as Definitive Rest Mattress Company ("Zerez"). I have a Bachelors degree in business and a Masters in Business Administration from the University of Alabama. I specialize in income tax strategy and am professionally licensed as an enrolled agent recognized to practice before the IRS since 1994. I have advanced accounting education and have prepared over 20,000 income tax returns, provided audit representation, forensic accounting, acted as an expert witness in several federal bankruptcy



AUSTIN LEGAL GROUP, APC
3990 Old Town Ave, Ste A-112
San Diego, CA 92110

cases and have been hired to turn around several multi-million dollar businesses in chapter 11 bankruptcy. I have appeared in federal bankruptcy court approximately 90 times. I have previous founded and built at least 10 companies.

2. I have personal knowledge of the facts stated in this declaration, except as to those facts stated upon information and belief, which facts I believe to be true. I make this declaration in support of Zerez's opposition to defendant Tarpon Bay Partners, LLC's and Southridge Advisor II, LLC's ("Southridge") motion to transfer venue.

3. I understand that Tarpon and Southridge are requesting to move this lawsuit to Connecticut. Zerez objects to this request as the company is headquartered in California and its employees and non-party witnesses are in California.

<u>Non-Party Witnesses For Trial</u>

4. Zerez's claims against Defendants include agreements between Tarpon and certain Zerez creditors. Specifically, there are eight creditors whose testimony will be critical to Zerez's claims against Tarpon, Southridge and Hicks. These Zerez creditors were contacted by Tarpon and entered into claims purchase agreements with Tarpon. These creditors will testify that Tarpon failed to perform on these claims purchase agreements.

5. Of these eight non-party creditors, seven of them are located in California and one is located in Canada. Specifically, one creditor is located in Commerce, California; two creditors are located in Mission Viejo, California; two creditors are located in Laguna Hills, California; one creditor is located in Irvine, California; and one creditor is located in Fullerton, California.

6. Zerez's former Chief Executive Officer and President, Juan Carlos Murga, resides in Central America, which is far closer to California than it is to Connecticut.

<u>Party Witnesses For Trial</u>

7. Zerez is an Oklahoma corporation with its principle place of business in the Eastern District of California

///

///

AUSTIN LEGAL GROUP, APC
3990 Old Town Ave, Ste A-112
San Diego, CA 92110

8. I live in Granite Bay, California and have lived in California for 27 years, since May 1990.

9. Zerez's corporate counsel, Kathleen Finnerty also resides near me in California as does Zerez's Chief Executive Officer, John Taylor.

<u>Source Of Documents</u>

10. My understanding is that the documents Zerez and Defendants have already submitted to the Court, and any other documents, are electronically available.

<u>Zerez's Financial Condition</u>

11. While the company is experiencing good growth, to take executive management out of its day-to-day operations to appear in court in Connecticut would be detrimental to the company.

12. The company has five team members and two primary decision makers with approximately 80 active projects.

13. The cost of litigating in Connecticut translates to losses in day-to-day operations as well as expenditures related to travel for the company and its attorneys.

14. Zerez sued Defendants in the Eastern District for precisely these reasons; the witnesses and the company are here, Southridge initiated contact with Zerez knowing Zerez was in California and gave advice and entered into agreements to a California company. To litigate elsewhere does not make sense to Zerez and is cost prohibitive.

Pursuant to U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 8, 2017

By: [signature]
Donald Smith

AUSTIN LEGAL GROUP, APC
3990 Old Town Ave, Ste A-112
San Diego, CA 92110

AUSTIN LEGAL GROUP, APC
3990 Old Town Ave, Ste A-112
San Diego, CA 92110

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, a copy of the foregoing was filed electronically on the CM/ECF filing system and served by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/Tamara Leetham