Michael S. Rosenblum, SBN 126284
LAW OFFICES OF MICHAEL S. ROSENBLUM,
A Professional Corporation
1875 Century Park E Ste 700
Los Angeles, CA 90067
(310) 286-2100
Email: msr@rosenblumlaw.net

Neil M. Sunkin, SBN 153868
LAW OFFICE OF NEIL M. SUNKIN,
A Professional Corporation
22908 Gershwin Dr.
Woodland Hills, CA 91364
(818) 876-9975
Email: nms@sunkinlaw.com

Attorneys for Specially Appearing
Defendant STEPHEN M. HICKS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZEREZ HOLDINGS CORPORATION, an Oklahoma corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TARPON BAY PARTNERS, LLC, a Florida limited liability company; SOUTHRIDGE ADVISORS II, LLC, a Delaware limited liability company; STEPHEN M. HICKS, and DOES 1-25,<br><br>Defendants. | CASE NO. 2:17-CV-00029-TLN-DB<br><br>**SPECIALLY APPEARING DEFENDANT STEPHEN M. HICKS' JOINDER IN THE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER F.R.C.P. 12(b)(6)**<br><br>Date: June 15, 2017<br>Time: 2: p.m.<br>Courtroom: 2 |

Specially Appearing Defendant Stephen M. Hicks, who filed the Motion to Dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6), set for hearing on June 15, 2017 concurrently with his Motion to Dismiss the First Amended Complaint Under Federal Rule of Civil Procedure 12(b)(2), joins in each and every argument in the Reply In

Support of Motion to Dismiss First Amended Complaint Under F.R.C.P 12((b)(6) that is filed concurrently herewith, including Sections 1-5 therein.

Dated: June 7, 2017

LAW OFFICES OF MICHAEL S. ROSENBLUM,
A Professional Corporation
and
LAW OFFICE OF NEIL M. SUNKIN,
A Professional Corporation

By: /S/ Neil M. Sunkin, Esq.
Attorneys for Specially Appearing Defendant
STEPHEN M. HICKS